THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY C. MYLES, Appellant. [65 NYS3d 825]—Appeal from a judgment of the Niagara County Court (Sara Sheldon, J.), rendered November 16, 2016. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sexual act in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted criminal sexual act in the first degree (Penal Law §§ 110.00, 130.50 [3]). Contrary to defendant's contention, the record establishes that his waiver of the right to appeal was knowing, intelligent, and vol-

untary (*see People v Lopez*, 6 NY3d 248, 256 [2006]), and we conclude that the valid waiver encompasses his challenge to the severity of the sentence (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]; *cf. People v Maracle*, 19 NY3d 925, 928 [2012]). Present—Centra, J.P., Peradotto, Lindley, Curran and Troutman, JJ.